1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joseph Hernandez

7

8

9
                      **UNITED STATES DISTRICT COURT**
10
                      **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | JOSEPH HERNANDEZ,              ) Case No.: 5:14-cv-02127-DTB
                                    )
13 |        Plaintiff,               ) {PROPOSED} ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
14 |    vs.                          ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting       ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
16                                  )
            Defendant                )
17                                  )
                                    )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:   January 26, 2016

24                                          /s/ David T. Bristow

25                                  _____
                                    THE HONORABLE DAVID T. BRISTOW
26                                  UNITED STATES MAGISTRATE JUDGE

-1-